UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                          No. C 12-6307 SI (pr)

HARRY COPENHAVER,                **ORDER OF DISMISSAL**

         Plaintiff/Petitioner.

_____ /

        This action was opened on December 12, 2012, when the court received from Harry Copenhaver a copy of a letter that concerned medical care in prison. On that date, the court notified Copenhaver in writing that his action was deficient in that he had not attached a complaint and had not filed an *in forma pauperis* application. The court further notified him that this action would be dismissed if he did not submit a complaint within thirty days. Copenhaver did not file a complaint; instead, he sent a letter stating that it was not his intent to file a new civil action. Accordingly, this action is DISMISSED without prejudice for failure to submit a pleading showing the court has subject matter jurisdiction. The clerk shall close the file. No filing fee is due.

        IT IS SO ORDERED.

Dated: January 24, 2013                                  _____
                                                                           SUSAN ILLSTON
                                                              United States District Judge