1

2

3

4

5

6                              UNITED STATES DISTRICT COURT

7                            NORTHERN DISTRICT OF CALIFORNIA

8

9   In Re.                                          No. C 12-6307 SI (pr)

10  HARRY COPENHAVER,                               **JUDGMENT**

11              Plaintiff/Petitioner.

12  _____/

13

14          This action is dismissed without prejudice for failure to submit a pleading showing the

15  court has subject matter jurisdiction.

16

17          IT IS SO ORDERED AND ADJUDGED.

18

19  Dated: January 24, 2013                    _____
                                                       SUSAN ILLSTON
20                                              United States District Judge

21

22

23

24

25

26

27

28