UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                               No. C 12-6307 SI (pr)

HARRY COPENHAVER,                  **JUDGMENT**

        Plaintiff/Petitioner.

_____/

    This action is dismissed without prejudice for failure to submit a pleading showing the court has subject matter jurisdiction.

IT IS SO ORDERED AND ADJUDGED.

Dated: January 24, 2013                         _____
                                                          SUSAN ILLSTON
                                                       United States District Judge